Date: 04/29/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 113 Dated 04/29/10

Case Number 09-32669 - KALSCHEUER, MARK A

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ST. PAUL RADIOLOGY, PA<br>166 4TH ST. E<br>ST.. PAUL, MN 55101-1421<br>   FINAL DISTRIBUTION<br>   5184 | 000005 | 21.40 | 0.86 |
| QUELLO CLINIC LTD.<br>7801 BUSH LAKE ROAD E<br>BLOOMINGTON, MN 55439<br>   FINAL DISTRIBUTION<br>   8680 | 000008 | 70.00 | 2.82 |
| ----------- Remittance Total --------------- | | 91.40 | 3.68 |

_____
John A. Hedback, Trustee



Rec# 2111

RECEIVED 10 APR 30 AM 9: